An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRETT DAGAN JONES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64942

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to withdraw a guilty plea.[1]  Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on September 23, 2013, appellant claimed that his plea should be withdrawn because he was actually innocent, he did not understand the consequences of his plea, he was coerced into signing the plea, and he suffered manifest injustice because he was not allowed to appeal errors at trial.[2]  We conclude that the equitable doctrine of laches precluded consideration of the motion because there was a ten-year delay from entry of the judgment of conviction, there was inexcusable delay in seeking relief, an implied waiver exists from appellant's knowing acquiescence in existing conditions, and the State may suffer prejudice

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]We note that appellant was found guilty by a jury but entered a guilty plea to avoid the death penalty.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15490

from the delay. *See Hart v. State*, 116 Nev. 558, 563-64, 1 P.3d 969, 972 (2000). Therefore, we conclude that the district court did not err in denying appellant's motion, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Valorie J. Vega, District Judge
   Brett Dagan Jones
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk